NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**LG ELECTRONICS, INC.,**
*Appellant*

**v.**

**TOSHIBA SAMSUNG STORAGE TECHNOLOGY KOREA CORPORATION,**
*Appellee*

_____

2015-1823

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00205.

_____

**JUDGMENT**

_____

STEVEN M. LIEBERMAN, Rothwell, Figg, Ernst & Manbeck, P.C., Washington, DC, argued for appellant. Also represented by MICHAEL VINCENT BATTAGLIA.

JOSEPH A. RHOA, Nixon & Vanderhye P.C., Arlington, VA, argued for appellee. Also represented by UPDEEP GILL.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, PLAGER, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| June 13, 2016 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |